## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **HEIDI JOSEPHSON,** § § | |
| § | **C.A. No. 08-396-ML** |
| **Plaintiff,** § | |
| vs. § § | |
| **AMERICAN AIRLINES (ALIAS), et al.,** § § | |
| **Defendants.** § § | |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANS STATES AIRLINES, INC. WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff herein voluntarily dismisses without prejudice Defendant TRANS STATES AIRLINES, INC. Attorneys for Plaintiff and Defendant agree to no interest and no costs.

Respectfully submitted,

Attorney for Plaintiff,                              Attorney for Defendant,

/s/ Donald A. Migliori                              /s/ John G. McAuley
Donald A. Migliori (#4936)                      John G. McAuley
MOTLEY RICE LLC                                 ADLER MURPHY & MCQUILLEN LLP
321 South Main Street,                            One North LaSalle Street
Suite 200                                                Suite 2300
Providence, RI 02903                              Chicago, IL 60602
Tel: (401) 457-7700                                 Tel: (312) 422-5715
Fax: (401) 457-7708                                Fax (312) 345-9860

## **CERTIFICATION**

  I, Donald A. Migliori, hereby certify that a copy of the forgoing ***Notice of Voluntary Dismissal of Defendant Trans States Airline, Inc. Without Prejudice*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to the party by operation of the Court's Electronic Filing System.

Dated: November 20, 2008

                /s/ Donald A. Migliori
                Donald A. Migliori (#4936)
                MOTLEY RICE LLC
                321 South Main Street,
                Suite 200
                Providence, RI 02903
                Tel: (401) 457-7700
                Fax: (401) 457-7708